# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 09-3690

_____

Walter F. Scott,

          Appellant,

      v.

Suburban Journals of Greater St. Louis,
LLC; St. Louis Post-Dispatch, LLC
A Delaware Corporation; Pulitzer, Inc.
A Delaware Corporation,

          Appellees.

\*
\*
\*
\*
\*  Appeal from the United States
\*  District Court for the
\*  Eastern District of Missouri.
\*
\*  **[UNPUBLISHED]**
\*
\*
\*
\*

_____

Submitted: May 18, 2010
Filed: May 25, 2010

_____

Before LOKEN, BYE, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

      Walter F. Scott appeals the district court's[1] adverse grant of summary judgment in his civil action. Upon de novo review, see Johnson v. Blaukat, 453 F.3d 1108, 1112 (8th Cir. 2006), we conclude that summary judgment was proper for the reasons the district court stated. We further conclude that the court did not prematurely enter

_____

[1]The HONORABLE E. RICHARD WEBBER, United States District Judge for the Eastern District of Missouri.

summary judgment, <u>see</u> <u>Dulany v. Carnahan</u>, 132 F.3d 1234, 1238 (8th Cir. 1997), and that it did not abuse its discretion in denying Scott's motion to compel discovery, <u>see</u> <u>Lee v. Armontrout</u>, 991 F.2d 487, 489 (8th Cir. 1993) (per curiam).  Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

_____